Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

IN RE:

LETTER OF REQUEST FROM ALGERIA FOR ASSISTANCE IN THE CRIMINAL MATTER OF M'barek Al Hamal

Case No. 2:11-mc-00107-RAJ

ORDER

This matter comes before the Court *sua sponte*. On July 13, 2011, the Government filed an Application for Order Pursuant to the Treaty on Mutual Legal Assistance in Criminal Matter and Title 18, United States Code, Section 3512. (Dkt. No. 1.) On that same date the Court entered an Order Appointing Commissioner. (Dkt. No. 2.) On August 8, 2011, the Government filed a Notice of Completion of Commission and the case was closed. (Dkt. No. 3.)

On February 4, 2022, the Court ordered the Government to show cause why this case should be maintained under seal (Dkt. No. 4). The Government did not respond. As the commission has been completed and this case closed, the Court hereby DIRECTS the Clerk to unseal this case.

DATED this 4th day of March, 2022.

The Honorable Richard A. Jones
United States District Judge

ORDER – 1